United States Bankruptcy Court
District of Maryland

In re:  
Airam A. Nevels  
Hershell B. Nevels  
    Debtors

Case No. 24-12658-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3  
Date Rcvd: Jul 12, 2024      Form ID: 318      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Airam A. Nevels, Hershell B. Nevels, 13537 Essex Drive, Hagerstown, MD 21742-2378 |
| 32503377 | + | Centre Collections, Ltd., PO Box 360, Cumberland, MD 21501-0360 |
| 32503401 | + | Robert A. Alderson, PO Box 360, Cumberland, MD 21501-0360 |
| 32503407 | ++ | VELOCITY PORTFOLIO GROUP INC, 1800 RT 34 NORTH, BLDG 3 SUITE 305, WALL NJ 07719-9146 address filed with court:, Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 12 2024 23:03:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32503373 | + | Email/Text: bk@avant.com | Jul 12 2024 19:13:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 32505046 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 12 2024 19:12:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32503381 | | Email/Text: cfcbackoffice@contfinco.com | Jul 12 2024 19:13:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 32503382 | | Email/Text: cfcbackoffice@contfinco.com | Jul 12 2024 19:13:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 32503375 | + | EDI: CAPITALONE.COM | Jul 12 2024 23:03:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32503374 | + | EDI: CAPITALONE.COM | Jul 12 2024 23:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32503376 | + | EDI: CAPONEAUTO.COM | Jul 12 2024 23:03:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 32508017 | + | EDI: AISACG.COM | Jul 12 2024 23:03:00 | Capital One Auto Finance, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32503378 | + | EDI: WFNNB.COM | Jul 12 2024 23:03:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32503379 | + | EDI: WFNNB.COM | Jul 12 2024 23:03:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 32503380 | + | EDI: WFNNB.COM | Jul 12 2024 23:03:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 32503383 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2024 19:17:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 32503385 | | Email/Text: BNSFN@capitalsvcs.com | Jul 12 2024 19:12:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 32503387 | | Email/Text: BNSFS@capitalsvcs.com | Jul 12 2024 19:12:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 32503384 | + | EDI: BLUESTEM | Jul 12 2024 23:03:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 32503386 | + | EDI: AMINFOFP.COM | Jul 12 2024 23:03:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 32503388 | + | EDI: PHINGENESIS | Jul 12 2024 23:03:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 32503389 | + | EDI: IRS.COM | Jul 12 2024 23:03:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32503390 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2024 19:12:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 32503391 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 19:17:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 32503394 | | Email/Text: ml-ebn@missionlane.com | Jul 12 2024 19:12:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 32503395 | | Email/Text: EBN@Mohela.com | Jul 12 2024 19:12:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 32503392 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2024 19:17:42 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 32503393 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 19:13:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 32503397 | ^ | MEBN | Jul 12 2024 19:07:51 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 32503396 | + | EDI: NFCU.COM | Jul 12 2024 23:03:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 32503398 | + | EDI: AGFINANCE.COM | Jul 12 2024 23:03:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 32503399 | | Email/Text: bankruptcies@penncredit.com | Jul 12 2024 19:12:00 | Penn Credit, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 32503400 | | EDI: PRA.COM | Jul 12 2024 23:03:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 32503402 | | Email/Text: bankruptcy@self.inc | Jul 12 2024 19:12:00 | Self Financial/Lead Ba, 1801 Main St, Kansas City, MO 64108 |
| 32503372 | | Email/Text: bankruptcy@self.inc | Jul 12 2024 19:12:00 | Atlantic Capital Bank, Attn: Bankruptcy, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 32503403 | + | Email/Text: bankruptcy@self.inc | Jul 12 2024 19:12:00 | Self INC/Lead Bank Communtiy Bank, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108-2352 |
| 32505048 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 12 2024 19:13:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32503404 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32505047 | + | Email/Text: crbobb@washco-md.net | Jul 12 2024 19:13:00 | Tax. Auth. of Wash. County, MD, Treasurers |

District/off: 0416-0 User: admin Page 3 of 3
Date Rcvd: Jul 12, 2024 Form ID: 318 Total Noticed: 42

| | | | | |
|---|---|---|---|---|
| 32503405 | + EDI: Q3GTBI | | Jul 12 2024 23:03:00 | Office, 35 West Washington Street, Room 102, Hagerstown, MD 21740-4844 |
| 32503406 | Email/Text: bankruptcies@uplift.com | | Jul 12 2024 19:12:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| | | | | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 32503407 | Email/Text: dispute@velocityrecoveries.com | | Jul 12 2024 19:13:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Gary A. Rosen | trusteerosen@gmail.com  md40@ecfcbis.com,grosen@garyrosenchartered.com,rosengr96483@notify.bestcase.com |

TOTAL: 2

Entered: July 12, 2024
Signed: July 12, 2024

**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Airam A. Nevels** | Social Security number or ITIN   **xxx–xx–8086** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Hershell B. Nevels** | Social Security number or ITIN   **xxx–xx–7275** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Maryland**

Case number:   **24–12658 LSS**   Chapter:   **7**

---

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Airam A. Nevels                          Hershell B. Nevels

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                  **Order of Discharge**                  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2