Entered: July 16, 2024
Signed: July 16, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.:  24−12658 − LSS     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Airam A. Nevels<br>13537 Essex Drive<br>Hagerstown, MD 21742 | Hershell B. Nevels<br>13537 Essex Drive<br>Hagerstown, MD 21742 |
| Social Security No.:   xxx−xx−8086 | xxx−xx−7275 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 3/29/24.

The estate of the above−named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *admin*